UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE LAMAR VALE,<br><br>Petitioner,<br><br>v.<br><br>JASON SCHULTZ,<br><br>Respondent. | No. 2:25-cv-0639 WBS CSK P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2022 conviction. (ECF No. 1.) As noted in the Court's June 13, 2025 order, the instant petition is a mixed petition containing both exhausted and unexhausted claims. (ECF No. 7.) On September 26, 2025, petitioner filed a motion for stay and abeyance pursuant to Rhines v. Weber, 544 U.S. 269, 277-78 (2005). Respondent is directed to file an opposition or statement of nonopposition to petitioner's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is directed to file an opposition or statement of nonopposition to petitioner's motion for stay and abeyance within thirty days from the date of this order.

2. Petitioner's reply, if any, shall be filed twenty-one days thereafter.

///

1

3. The Clerk of the Court shall serve a copy of this order, and a copy of petitioner's motion (ECF No. 11) on Tami Krenzin, Supervising Deputy Attorney General.

Dated:  October 22, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/vale0639.100.R