UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE LAMAR VALE,

    Petitioner,

    v.

JASON SCHULTZ,

    Respondent.

No.  2:25-cv-0639 WBS CSK P

ORDER

Petitioner is a state prisoner proceeding pro se.  On February 12, 2026, another inmate filed a request for 90 day extension of time for petitioner to file his reply to respondent's November 21, 2025 opposition.  (ECF No. 18.)  On February 17, 2026, petitioner filed his own request for 90 day extension of time to file a reply.

Petitioner is advised that as a pro se litigant he must file his own documents with the Court.  Other inmates are not permitted to file documents on petitioner's behalf.  Therefore, the February 12, 2026 motion (ECF No. 18) filed by another inmate is denied.

Petitioner has shown good cause for an extension of time; however, he has failed to demonstrate that he needs an additional 90 days to file a reply.  (ECF No. 19.)  Thus, petitioner's motion is granted in part.  Petitioner is granted an additional 30 days in which to file a reply.

Accordingly, IT IS HEREBY ORDERED that:

1.  The motion for 90 day extension of time filed by another inmate on petitioner's behalf

1

(ECF No. 18) is denied.

2.  Petitioner's request for an extension of time (ECF No. 19) is partially granted.

3.  Petitioner shall file a reply to respondent's opposition within 30 days from the date of this order.

Dated:  February 24, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/vale0639.111(2)