UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE LAMAR VALE,

Petitioner,

v.

JASON SCHULTZ,

Respondent.

No. 2:25-cv-0639 WBS CSK P

ORDER

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.[1]

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo.

[1] On August 27, 2026, petitioner filed a motion for extension of time to file an amended petition, but he did not request an extension of time to file objections. (ECF No. 23.) In light of the magistrate judge's subsequent order granting petitioner's request for extension of time (ECF No. 24), this Court incorporates the 90 day deadline in its order.

See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 21) are adopted in full;

2. Petitioner is granted ninety days from the date of this order to file an amended petition raising only exhausted claims;

3. This case be referred back to the undersigned for further proceedings; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: September 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/1/vale0639.801.hc